**Alice Irene BOPP, Appellant, v. Robert H. McCAULEY, Trustee, under the Last Will and Testament of Charles McCauley, M. D., Deceased, and Samuel B. Burger, Appellees.**

No. 4514.

Circuit Court of Appeals, Fourth Circuit.

June 29, 1939.

No appearance for appellant.

Robert H. McCauley, of Hagerstown, Md., for appellees.

PER CURIAM.

Appeal docketed and dismissed on motion of appellees. Order filed.

**Joseph CAPASSO, Appellant, v. UNITED STATES of America, Appellee.**

No. 6948.

Circuit Court of Appeals, Third Circuit.

July 13, 1939.

Isador S. Worth, of Camden, N. J., for appellant.

W. Orvyl Schalick, of Camden, N. J., for the United States.

Before BIGGS, MARIS, and BIDDLE, Circuit Judges.

PER CURIAM.

The judgment of the court below is affirmed.

**Edward L. CARTER and Charles M. Carter, Appellants, v. UNITED STATES of America, Appellee.**

No. 4476.

Circuit Court of Appeals, Fourth Circuit.

May 6, 1939.

George M. Beltzhoover, Jr., of Charles Town, W. Va., for appellants.

Joe V. Gibson, U. S. Atty., of Kingwood, W. Va., for appellee.

PER CURIAM.

Case dismissed under Rule 23 by agreement of attorneys.

**Fannie I. CASE v. COMMISSIONER OF INTERNAL REVENUE.**

No. 8944.

Circuit Court of Appeals, Ninth Circuit.

Sept. 5, 1939.

Ivan F. Phipps and Carl E. Davidson, both of Portland, Or., for appellant.

Samuel O. Clark, Jr., Asst. U. S. Atty. Gen., of Washington, D. C., for respondent.

Before WILBUR, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties, and order of court endorsed thereon, that this cause abide the final judgment to be entered in companion cause, No. 8945, Paul L. Case v. Com'r of Internal Revenue, 103 F.2d 283, and it appearing that the judgment of this court reversing the decision of the United States Board of Tax Appeals was filed and entered in said companion cause No. 8945 on April 14, 1939, and no proceedings on review of such judgment were taken, and that the United States Board of Tax Appeals has entered, on August 2, 1939, its final redetermination in said companion cause No. 8945, and the parties having further stipulated, by stipulation filed August 28, 1939, that a judgment of reversal be filed and entered herein, and by direction of the court, it is ordered that a judgment of reversal be filed and entered herein, and that the mandate of this court in this cause issue forthwith.